January 4, 1944

**No. 49105.**—SUIT 4436.— *United States* v. *E. W. J. Hearty, Inc.* C. D. 724 affirmed. C. A. D. 257.

**No. 49106.**—SUIT 4442.— —*Thorens, Inc.* v. *United States.* C. D. 730 affirmed November 1, 1943. C. A. D. 261.

BEFORE THE FIRST DIVISION, JANUARY 5, 1944

**No. 49107.**—Protest 972004–G of Salomon & Phillips (Los Angeles).

Opinion by WALKER, J. It was stipulated that the said soap contained 15.27 percent palm oil or 240.5 pounds, that the remainder of the soap contained none of the other oils enumerated in said section 701, and that the record in *Emporium-Capwell Co.* v. *United States* (4 Cust. Ct. 179, C. D. 318) be incorporated in the record herein. In accordance therewith and following said cited case the protest was sustained to that extent.

**No. 49108.**—Protests 961366–G, etc., of H. C. Donaldson & Co. (Los Angeles).

Opinion by WALKER, J. In accordance with stipulation of counsel that the coke in question is the same in all material respects as that passed upon in *Donaldson* v. *United States* (30 C. C. P. A. 223, C. A. D. 236), which record was incorporated herein, it was held that the said tax is not applicable.

**No. 49109.**—Protests 954940–G, etc., of H. C. Donaldson Co. (Los Angeles).

Opinion by WALKER, J. In accordance with stipulation of counsel that the coke in question is the same in all material respects as that passed upon in *Donaldson* v. *United States* (30 C. C. P. A. 223, C. A. D. 236), which record was incorporated herein, it was held that the said tax is not applicable.

**No. 49110.**—Protest 954937–G of H. C. Donaldson Co. (Los Angeles).

Opinion by WALKER, J. In accordance with stipulation of counsel that the coke in question is the same in all material respects as that passed upon in *Donaldson* v. *United States* (30 C. C. P. A. 223, C. A. D. 236), which record was incorporated herein, it was held that the said tax is not applicable.